AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| ALISON HELEN FAIRCHILD | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. **CV-24-6877-SK** ) |
| brian chesky, alicia del valle rash, ronald a. klain, ellie mertz, airbnb host llc, airbnb holdings, llc, tiffany chen, james han, kung fu tea u.s.a. riverside, california, corey michael galindo (# 2037), | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RONALD A. KLAIN
888 BRANNAN STREET
4TH FLOOR
SAN FRANCISCO, CA 94103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     ALISON HELEN FAIRCHILD
1308 EAST COLORADO BLVD.
PASADENA, CA 91106
(626) 755-6442
fairchildadacrusader@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Mark B. Busby

*CLERK OF COURT*

Date: December 26, 2024

Gina Agustine

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-24-6877-SK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❑ I returned the summons unexecuted because _____ ; or

    ❑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                    _____
                                                   *Server's signature*

                                    _____
                                            *Printed name and title*

                                    _____
                                                     *Server's address*

Additional information regarding attempted service, etc:

*ALISON HELEN FAIRCHILD*
**1308 EAST COLORADO BLVD.**
PASADENA, CA 91106
Mobile:   626.755.6442
fairchildadacrusader@gmail.com
**OF HER OWN COUNSEL**
   *Spirit of Esquire*

### UNITED STATES DISTRICT COURT
### DISTRICT OF THE STATE OF CALIFORNIA
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| *ALISON HELEN FAIRCHILD,* | Case No.    CV-24-6877-SK |
| Plaintiff, | |
| vs. | **SUMMONS ATTACHMENT PAGE** |
| brian cliesky, altcia del valle rash, ronald a. klain, ellie mertz, airbnb host lie, airbnb holdings, 11c, tiffany chen, james han, kung fu tea u.s.a. riverside, California, corey michael galindo (# 2037), and DOES 1-10 | |
| Defendant(s), | |
| and DOES 1-10 | |

**SUMMONS ATTACHMENT PAGE  - 1**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

| | |
|---|---|
| ALISON HELEN FAIRCHILD<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>brian chesky, alicia del valle rash, ronald a. klain, ellie mertz, airbnb host llc, airbnb holdings, llc, tiffany chen, james han, kung fu tea u.s.a. riverside, california, corey michael galindo (# 2037),<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. CV-24-6877-SK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALICIA DEL VALLE RASH
888 BRANNAN STREET
4TH FLOOR
SAN FRANCISCO, CA 94103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    ALISON HELEN FAIRCHILD
1308 EAST COLORADO BLVD.
PASADENA, CA 91106
(626) 755-6442
fairchildadacrusader@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Mark B. Busby
*CLERK OF COURT*

Date:    December 26, 2024

Gina Agustine    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **CV-24-6877-SK**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*


Additional information regarding attempted service, etc:

*ALISON HELEN FAIRCHILD*
**1308 EAST COLORADO BLVD.**
PASADENA, CA 91106
Mobile:   626.755.6442
fairchildadacrusader@gmail.com
**OF HER OWN COUNSEL**
  *Spirit of Esquire*

UNITED STATES DISTRICT COURT
**DISTRICT OF THE STATE OF CALIFORNIA**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO COURTHOUSE**

| | |
|---|---|
| *ALISON HELEN FAIRCHILD,* | Case No.    **CV-24-6877-SK** |
| Plaintiff, | |
| | **SUMMONS ATTACHMENT PAGE** |
| vs. | |
| brian cliesky, altcia del valle rash, ronald a. klain, ellie mertz, airbnb host lie, airbnb holdings, 11c, tiffany chen, james han, kung fu tea u.s.a. riverside, California, corey michael galindo (# 2037), and DOES 1-10 | |
| Defendant(s), | |
| and DOES 1-10 | |

**SUMMONS ATTACHMENT PAGE  - 1**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

| | |
|---|---|
| ALISON HELEN FAIRCHILD <br><br><br><br><br>*Plaintiff(s)* <br> v. <br><br> brian chesky, alicia del valle rash, ronald a. klain, ellie mertz, airbnb host llc, airbnb holdings, llc, tiffany chen, james han, kung fu tea u.s.a. riverside, california, corey michael galindo (# 2037), <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.  CV-24-6877-SK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  **TIFFANY CHEN**
**2431 TELEGAPH AVENUE**
**BERKELEY, CA 94704**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ALISON HELEN FAIRCHILD
1308 EAST COLORADO BLVD.
PASADENA, CA 91106
(626) 755-6442
fairchilddadacrusader@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Mark B. Busby

*CLERK OF COURT*

Gina Agustine

Date:  December 26, 2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  CV-24-6877-SK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                *Server's signature*


                                         _____
                                                *Printed name and title*


                                         _____
                                                *Server's address*

Additional information regarding attempted service, etc:

**ALISON HELEN FAIRCHILD**
**1308 EAST COLORADO BLVD.**
PASADENA, CA 91106
Mobile:   626.755.6442
fairchildadacrusader@gmail.com
**OF HER OWN COUNSEL**
  *Spirit of Esquire*

## UNITED STATES DISTRICT COURT
## DISTRICT OF THE STATE OF CALIFORNIA
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| *ALISON HELEN FAIRCHILD,* | Case No.    **CV-24-6877-SK** |
| Plaintiff, | **SUMMONS ATTACHMENT PAGE** |
| vs. | |
| brian cliesky, altcia del valle rash, ronald a. klain, ellie mertz, airbnb host lie, airbnb holdings, 11c, tiffany chen, james han, kung fu tea u.s.a. riverside, California, corey michael galindo (# 2037), and DOES 1-10 | |
| Defendant(s), | |
| and DOES 1-10 | |

SUMMONS ATTACHMENT PAGE  - 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

<table>
<tr><td>ALISON HELEN FAIRCHILD<br><br><br><br>_____<br><i>Plaintiff(s)</i><br>v.<br><br>brian chesky, alicia del valle rash, ronald a. klain,<br>ellie mertz, airbnb host llc, airbnb holdings, llc, tiffany<br>chen, james han, kung fu tea u.s.a. riverside,<br>california, corey michael galindo (# 2037),<br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  CV-24-6877-SK</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AIRBNB HOST LLC
8 THE GREEN
SUITE A
DOVER, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    ALISON HELEN FAIRCHILD
1308 EAST COLORADO BLVD.
PASADENA, CA 91106
(626) 755-6442
fairchildadacrusader@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Mark B. Busby
*CLERK OF COURT*

Gina Agustine

Date:  December 26, 2024  _____
                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-24-6877-SK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

*ALISON HELEN FAIRCHILD*
**1308 EAST COLORADO BLVD.**
PASADENA, CA 91106
Mobile:   626.755.6442
fairchildadacrusader@gmail.com
**OF HER OWN COUNSEL**
  *Spirit of Esquire*

UNITED STATES DISTRICT COURT
DISTRICT OF THE STATE OF CALIFORNIA
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| *ALISON HELEN FAIRCHILD,* | Case No.   **CV-24-6877-SK** |
| Plaintiff, | |
| vs. | **SUMMONS ATTACHMENT PAGE** |
| brian cliesky, altcia del valle rash, ronald a. klain, ellie mertz, airbnb host lie, airbnb holdings, 11c, tiffany chen, james han, kung fu tea u.s.a. riverside, California, corey michael galindo (# 2037), and DOES 1-10 | |
| Defendant(s), | |
| and DOES 1-10 | |

**SUMMONS ATTACHMENT PAGE  - 1**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| ALISON HELEN FAIRCHILD <br><br><br> ———————————————————————— <br> *Plaintiff(s)* <br> v. <br> brian chesky, alicia del valle rash, ronald a. klain, ellie mertz, airbnb host llc, airbnb holdings, llc, tiffany chen, james han, kung fu tea u.s.a. riverside, california, corey michael galindo (# 2037), <br> ———————————————————————— <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.  CV-24-6877-SK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AIRBNB HOLDINGS, LLC
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    ALISON HELEN FAIRCHILD
1308 EAST COLORADO BLVD.
PASADENA, CA 91106
(626) 755-6442
fairchilddadacrusader@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Mark B. Busby
*CLERK OF COURT*

Date:  December 26, 2024  _____

Gina Agustine

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-24-6877-SK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

*ALISON HELEN FAIRCHILD*
**1308 EAST COLORADO BLVD.**
PASADENA, CA 91106
Mobile:   626.755.6442
fairchildadacrusader@gmail.com
**OF HER OWN COUNSEL**
   *Spirit of Esquire*

UNITED STATES DISTRICT COURT
DISTRICT OF THE STATE OF CALIFORNIA
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| *ALISON HELEN FAIRCHILD,* | Case No.    CV-24-6877-SK |
| Plaintiff, | SUMMONS ATTACHMENT PAGE |
| vs. | |
| brian cliesky, altcia del valle rash, ronald a. klain, ellie mertz, airbnb host lie, airbnb holdings, 11c, tiffany chen, james han, kung fu tea u.s.a. riverside, California, corey michael galindo (# 2037), and DOES 1-10 | |
| Defendant(s), | |
| and DOES 1-10 | |

SUMMONS ATTACHMENT PAGE  - 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

| | |
|---|---|
| ALISON HELEN FAIRCHILD <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> brian chesky, alicia del valle rash, ronald a. klain, ellie mertz, airbnb host llc, airbnb holdings, llc, tiffany chen, james han, kung fu tea u.s.a. riverside, california, corey michael galindo (# 2037), <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. CV-24-6877-SK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BRIAN CHESKY
888 BRANNAN STREET
4TH FLOOR
SAN FRANCISCO, CA 94103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ALISON HELEN FAIRCHILD
1308 EAST COLORADO BLVD.
PASADENA, CA 91106
(626) 755-6442
fairchilddadacrusader@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mark B. Busby

*CLERK OF COURT*

Date: December 26, 2024

Gina Agustine    *Gina Agustine*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  CV-24-6877-SK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

*ALISON HELEN FAIRCHILD*
**1308 EAST COLORADO BLVD.**
PASADENA, CA 91106
Mobile:   626.755.6442
fairchildadacrusader@gmail.com
**OF HER OWN COUNSEL**
   *Spirit of Esquire*

UNITED STATES DISTRICT COURT
DISTRICT OF THE STATE OF CALIFORNIA
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO COURTHOUSE

| *ALISON HELEN FAIRCHILD*, | Case No.    CV-24-6877-SK |
|---|---|
| Plaintiff, | |
| | **SUMMONS ATTACHMENT PAGE** |
| vs. | |
| brian cliesky, altcia del valle rash, ronald a. klain, ellie mertz, airbnb host lie, airbnb holdings, 11c, tiffany chen, james han, kung fu tea u.s.a. riverside, California, corey michael galindo (# 2037), and DOES 1-10 | |
| Defendant(s), | |
| and DOES 1-10 | |

SUMMONS ATTACHMENT PAGE  - 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Northern District of California

| | |
|---|---|
| ALISON HELEN FAIRCHILD | ) ) ) ) |
| _____ *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No. CV-24-6877-SK |
| brian chesky, alicia del valle rash, ronald a. klain, ellie mertz, airbnb host llc, airbnb holdings, llc, tiffany chen, james han, kung fu tea u.s.a. riverside, california, corey michael galindo (# 2037), _____ *Defendant(s)* | ) ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ELLIE MERTZ
888 BRANNAN STREET
4TH FLOOR
SAN FRANCISCO, CA 94103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ALISON HELEN FAIRCHILD
1308 EAST COLORADO BLVD.
PASADENA, CA 91106
(626) 755-6442
fairchilddadacrusader@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mark B. Busby

*CLERK OF COURT*

Date: ___December 26, 2024___      Gina Agustine   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  CV-24-6877-SK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____             _____
                                                    *Server's signature*


                                          _____
                                                    *Printed name and title*



                                          _____
                                                    *Server's address*


Additional information regarding attempted service, etc:

*ALISON HELEN FAIRCHILD*
**1308 EAST COLORADO BLVD.**
PASADENA, CA 91106
Mobile:   626.755.6442
fairchildadacrusader@gmail.com
**OF HER OWN COUNSEL**
     *Spirit of Esquire*

### UNITED STATES DISTRICT COURT
### DISTRICT OF THE STATE OF CALIFORNIA
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| *ALISON HELEN FAIRCHILD,* | Case No.    CV-24-6877-SK |
| Plaintiff, | **SUMMONS ATTACHMENT PAGE** |
| vs. | |
| brian cliesky, altcia del valle rash, ronald a. klain, ellie mertz, airbnb host lie, airbnb holdings, 11c, tiffany chen, james han, kung fu tea u.s.a. riverside, California, corey michael galindo (# 2037), and DOES 1-10 | |
| Defendant(s), | |
| and DOES 1-10 | |

**SUMMONS ATTACHMENT PAGE  - 1**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| ALISON HELEN FAIRCHILD <br><br><br><br><br> _Plaintiff(s)_ <br> v. <br> brian chesky, alicia del valle rash, ronald a. klain, ellie mertz, airbnb host llc, airbnb holdings, llc, tiffany chen, james han, kung fu tea u.s.a. riverside, california, corey michael galindo (# 2037), <br> _Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. CV-24-6877-SK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KUNG FU TEA U.S.A. RIVERSIDE, CALIFORNIA
3678 CENTRAL AVENUE
SUITE 102
RIVERSIDE, CA 92506

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ALISON HELEN FAIRCHILD
1308 EAST COLORADO BLVD.
PASADENA, CA 91106
(626) 755-6442
fairchildadacrusader@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mark B. Busby

*CLERK OF COURT*

Date: December 26, 2024



Gina Agustine       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-24-6877-SK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____                      _____
                                                            *Server's signature*


                                                     _____
                                                            *Printed name and title*


                                                     _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

*ALISON HELEN FAIRCHILD*
**1308 EAST COLORADO BLVD.**
PASADENA, CA 91106
Mobile:   626.755.6442
fairchildadacrusader@gmail.com
**OF HER OWN COUNSEL**
    *Spirit of Esquire*

UNITED STATES DISTRICT COURT
DISTRICT OF THE STATE OF CALIFORNIA
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| *ALISON HELEN FAIRCHILD,* | Case No.   **CV-24-6877-SK** |
| Plaintiff, | **SUMMONS ATTACHMENT PAGE** |
| vs. | |
| brian cliesky, altcia del valle rash, ronald a. klain, ellie mertz, airbnb host lie, airbnb holdings, 11c, tiffany chen, james han, kung fu tea u.s.a. riverside, California, corey michael galindo (# 2037), and DOES 1-10 | |
| Defendant(s), | |
| and DOES 1-10 | |

SUMMONS ATTACHMENT PAGE  - 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| ALISON HELEN FAIRCHILD <br><br> _____<br>*Plaintiff(s)*<br>v.<br><br> brian chesky, alicia del valle rash, ronald a. klain,<br>ellie mertz, airbnb host llc, airbnb holdings, llc, tiffany<br>chen, james han, kung fu tea u.s.a. riverside,<br>california, corey michael galindo (# 2037),<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  CV-24-6877-SK<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    COREY MICHAEL GALINDO (# 2037)
3900 MAIN STREET
7TH FLOOR
RIVERSIDE, CA 92522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    ALISON HELEN FAIRCHILD
1308 EAST COLORADO BLVD.
PASADENA, CA 91106
(626) 755-6442
fairchildadacrusader@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mark B. Busby

*CLERK OF COURT*

Date:    December 26, 2024



Gina Agustine    *[signature]*

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  CV-24-6877-SK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

*ALISON HELEN FAIRCHILD*
**1308 EAST COLORADO BLVD.**
PASADENA, CA 91106
Mobile:   626.755.6442
fairchildadacrusader@gmail.com
**OF HER OWN COUNSEL**
   *Spirit of Esquire*

UNITED STATES DISTRICT COURT
DISTRICT OF THE STATE OF CALIFORNIA
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| *ALISON HELEN FAIRCHILD,* | Case No.   **CV-24-6877-SK** |
| Plaintiff, | **SUMMONS ATTACHMENT PAGE** |
| vs. | |
| brian cliesky, altcia del valle rash, ronald a. klain, ellie mertz, airbnb host lie, airbnb holdings, 11c, tiffany chen, james han, kung fu tea u.s.a. riverside, California, corey michael galindo (# 2037), and DOES 1-10 | |
| Defendant(s), | |
| and DOES 1-10 | |

SUMMONS ATTACHMENT PAGE  - 1