UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON HELEN FAIRCHILD,<br>Plaintiff,<br>v.<br>BRIAN CHESKY, et al.,<br>Defendants. | Case No. 24-cv-06877-SK<br><br>**ORDER TO SHOW CAUSE** |

On September 30, 2020, the Court scheduled the initial case management conference for December 30, 2024. (Dkt. No. 2.) Plaintiff was required to file a case management statement by no later than December 23, 2024. Plaintiff failed to file a case management statement and failed to appear for the case management conference. Therefore, the Court HEREBY ORDERS Plaintiff TO SHOW CAUSE why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall file a written response to this Order to Show Cause ("OSC") by no later than **January 17, 2025**. Plaintiff must explain in her written response why she did not file a case management statement or appear for the case management conference. Plaintiff is admonished that, if she fails to file a response to this OSC by **January 17, 2025**, the Court will reassign this matter and issue a report and recommendation that this matter be dismissed for failure to prosecute.

Additionally, Plaintiff shall describe what efforts she has made to serve the Defendants. Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The Court must extend the time for service "if the plaintiff shows good cause for the failure." *Id*. The 90-day deadline expired on December 29, 2024. However, if is not clear if Plaintiff has yet served

Defendants.  If she has, she shall file proofs of service by no later than **January 17, 2025**.  If she has not already served Defendants, in her response to the OSC, Plaintiff shall show good cause and move for an extension of the time to serve Defendants.

The Court ADVISES Plaintiff that the district court has produced a guide for *pro se* litigants called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial.  It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge from the Clerk's Office.  The Court additionally has a website with resources for *pro se* litigants (https://www.cand.uscourts.gov/pro-se-litigants/).  The Court further advises Plaintiff that he also may wish to seek assistance from the Legal Help Center.  Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: December 30, 2024

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge

2