UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON HELEN FAIRCHILD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN CHESKY, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-06877-EMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Docket No. 17 |

Plaintiff Alison Fairchild's motion for entry of default judgment (Dkt. 17) against Defendant James Han ("Defendant") is denied as Defendant has appeared and filed both a motion to dismiss Plaintiff's complaint (Dkt. 11) and a motion to transfer the case (Dkt. 29).

**IT IS SO ORDERED**.

Dated: February 19, 2025

　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　United States District Judge